UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
RAYMOND JONES, as Proposed Administrator of the Estate of NATHANIEL SIMMS, Deceased,

                      Plaintiff,

    -against-

THE BROOKDALE UNIVERSITY HOSPITAL AND MEDICAL CENTER and BROOKLYN QUEENS NURSING HOME, INC.,

                      Defendants.
-------------------------------------------------------------------------X

Docket No.: 1:22-cv-02552

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for all parties, that this action be remanded to the Supreme Court of the State of New York, County of Kings, for all further proceedings, without costs or fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation affects any defense of immunity or defensive preemption under the Public Readiness and Emergency Preparedness Act, 42 U.S.C. §§ 247d-6d, 247d-6e.

Dated: April 20, 2023

| | |
|---|---|
| NAPOLI SHKOLNIK, PLLC | VIGORITO, BARKER, PATTERSON, NICHOLS & PORTER, LLP |
| /s/ Joseph Ciaccio | /s/ Megan A. Lawless |
| By: Joseph Ciaccio | By: Megan A. Lawless, Esq. |
| JCiaccio@Napolilaw.com | m.lawless@vbpnplaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Raymond Jones* | *The Brookdale Univ. Hosp. & Medical Center* |
| 400 Broadhollow Road, Suite 305 | 300 Garden City Plaza, Suite 100 |
| Melville, New York 11747 | Garden City, New York 11530 |
| (212) 397-1000 | (516) 282-3355 |

CAITLIN ROBIN & ASSOCIATES, PLLC

/s/ Mark Laughlin
By: Mark Laughlin, Esq.
mark@robinandassociates.com
*Attorneys for Defendant*
*Brooklyn Queens Nursing Home, Inc.*
30 Broad Street, Suite 702
New York, New York 10004
(646) 524-6046